UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate's Docket No. 21-1111 |
| | : | |
| | : | Misdemeanor Class A |
| v. | : | |
| | : | |
| PHILIP STEWART | : | |

Offense on a Federal Reservation

Before The Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on Federal Property under the provisions of 18 U.S.C. § 3401, personally appeared this day Alexandra Tsakopoulos Saker, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 23rd day of March 2021, in the Judicial District of New Jersey, under complaint number 9506236, Philip Stewart did knowingly possess and cause to be present a dangerous weapon, namely a knife with a blade of more than 2½ inches in length, in a Federal facility and attempted to do so, in violation of 18 U.S.C. § 930(a).

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

*s/Alexandra Tsakopoulos Saker*
ALEXANDRA TSAKOPOULOS SAKER
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

DATE 4/29/21

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE